Lara R. Shapiro (SBN 227194)
4145 Via Marina #324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Shapiro.lara@gmail.com
Attorney for Plaintiff, Cathy Hance

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **CATHY HANCE,**<br><br>Plaintiff,<br><br>vs.<br><br>**DIVERSIFIED COLLECTION SERVICES, INC., et. al.,**<br><br>Defendant. | CASE NO.: 4:11-cv-04307-DMR<br><br>**NOTICE OF SETTLEMENT** |

Please take notice that the parties have settled the case in its entirety and the Plaintiff will file a dismissal within thirty (30) days.

Dated: November 9, 2011    LARA SHAPIRO

_/s/ Lara Shapiro_
Lara Shapiro, Attorney for Cathy Hance