Lara R. Shapiro (SBN 227194)
4145 Via Marina #324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Shapiro.lara@gmail.com
Attorney for Plaintiff, Cathy Hance

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

**CATHY HANCE,**

Plaintiff,

vs.

**DIVERSIFIED COLLECTION SERVICES, INC., et. al.,**

Defendant.

CASE NO.: 4:11-cv-04307-DMR

**VOLUNTARY DISMISSAL PURSUANT TO FRCP R 41(A)(1)**

Please take notice that the Plaintiff dismisses her case with prejudice pursuant to FRCP 41(a)(1).

Dated: November 28, 2011     LARA SHAPIRO

   _/s/ Lara Shapiro_
Lara Shapiro, Attorney for Cathy Hance